| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Michael Scott Luster** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | **Jennifer Atchison Luster** |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF ALABAMA |
| Case number (if known) | 19-32203 |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7  12/15

If you are an individual filing under chapter 7, you must fill out this form if:
☑ creditors have claims secured by your property, or
☑ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:  List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **AGCO Finance LLC**<br>Description of property securing debt: **Tractor** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: **First Community Bank O**<br>Description of property securing debt: **1235 Bell Lane Prattville, AL 36067  Autauga County** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **Ford Motor Credit**<br>Description of property securing debt: **2017 Ford F350 51000 miles Location: 1235 Bell Lane, Prattville AL 36067 KBB fair purchase price** | ☐ Surrender the property.<br>☑ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

Debtor 1 **Michael Scott Luster**
Debtor 2 **Jennifer Atchison Luster**           Case number (*if known*) **19-32203**

| Creditor's name: | **Guardian Cu** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: | ☑ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **2017 Sportsman**<br>**Location: 1235 Bell Lane, Prattville AL 36067. Loan value has been adjusted to take into consideration cross collateralization.**<br>**Individual claim amount is 131,466.00.**<br><br>**NADA average retail** | **Reaffirm on the original contract terms** | |

| Creditor's name: | **Guardian Cu** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: | ☑ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **2019 Blazer**<br>**Location: 1235 Bell Lane, Prattville AL 36067**<br>**NADA average retail.**<br>**This lien is cross collateralized. As such, the claim amount has been adjusted to take into consideration the cross collateralization. Balance is 55,830.00.** | **Reaffirm on the original contract terms** | |

| Creditor's name: | **Guardian Cu** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: | ☑ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **2016 GMC Yukon 93850 miles**<br>**Location: 1235 Bell Lane, Prattville AL 36067**<br>**KBB fair purchase price was $32,084.00 but has been increased to loan amount due to cross collateralization.**<br>**All loans with Guardian are cross collateralized** | **Reaffirm on the original contract terms** | |

| Creditor's name: | **Guardian Cu** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br><br>**Reaffirm on the original contract terms** | ☐ No<br>☑ Yes |
|---|---|---|---|
| Description of property securing debt: | **2005 G3**<br>**Location: 1235 Bell Lane, Prattville AL 36067**<br>**NADA average retail** | | |

| Creditor's name: | **Guardian Cu** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.* | ☑ No<br>☐ Yes |
|---|---|---|---|
| Description of | **2017 Ford Escape 28000 miles** | | |

| Debtor 1 | **Michael Scott Luster** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Atchison Luster** | Case number (*if known*) | **19-32203** |

| | | | |
|---|---|---|---|
| property securing debt: | **KBB fair purchase price** **This loan is also secured by 2017 Sportsman. Market value has been increased from 15,397 to $17,575.** **Daughter drives this vehicle Location: 1235 Bell Lane, Prattville AL 36067** | ☑ Retain the property and [explain]: **Reaffirm on the original contract terms** | |
| Creditor's name: | **Mr. Cooper** | ☑ Surrender the property. ☐ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ☐ No ☑ Yes |
| Description of property securing debt: | **1235 Bell Lane Prattville, AL 36067 Autauga County** | | |
| Creditor's name: | **Wyndham Vacation Ownership** | ☑ Surrender the property. ☐ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ☑ No ☐ Yes |
| Description of property securing debt: | **Wyndham Great Smokey Lodge** | | |

**Part 2: List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |

| Debtor 1 | **Michael Scott Luster** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Atchison Luster** | Case number (*if known*) | **19-32203** |

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Michael Scott Luster**　　　　　　　　　　X **/s/ Jennifer Atchison Luster**
**Michael Scott Luster**　　　　　　　　　　　　　　**Jennifer Atchison Luster**
Signature of Debtor 1　　　　　　　　　　　　　　Signature of Debtor 2

Date　**October 30, 2019**　　　　　　　　　　Date　**October 30, 2019**

Official Form 108　　　**Statement of Intention for Individuals Filing Under Chapter 7**　　　page 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy